THERESA ROSSENBACH, Respondent, *v.* THE SUPREME COURT OF THE INDEPENDENT ORDER OF FORESTERS, Appellant.

*Rossenbach* v. *Supreme Court, Ind. Order of Foresters,* 122 App. Div. 897, affirmed.

(Argued January 26, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 21, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a policy of life insurance.

*O. P. Stockwell* for appellant.

*Charles Van Voorhis* and *George V. Fleckenstein* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.